# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEANIE BRISCOE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-03013-SHL-tmp |
| ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed December 19, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 36), filed July 21, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 21, 2025
Date